473 A.2d 701

Mete, etc., Appellant, v. A.C. Milliken Hosp. et al.

Argued December 8, 1983. Jack E. Feinberg, for appellant; Frederick J. Fanelli, for Milliken, appellee; Karl R. Hildabrand, for Orthopedic, appellees; Wiley P. Parker, for Assoc. Surgeons, appellees.

650

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Order affirmed.